UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME DESIGN BUILDERS, INC., et al.,<br><br>Defendants. | Case No.  23-cv-02727-SK<br><br>**ORDER OF REASSIGNMENT AND REPORT AND RECOMMENDATION** |

The Court hereby VACATES the case management conference scheduled for October 23, 2023.

Defendant Extreme Design Builders, Inc. has not yet appeared in this matter and thus has not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636.  Therefore, the Court does not have the authority to make a dispositive ruling in this case and orders that this case be REASSIGNED to a District Judge with the following Report and Recommendation.

On August 17, 2023, defendant Ibrahim Yilmaz appeared pro se and filed an answer to Plaintiff's complaint.  (Dkt. No. 9.)  Subsequently, on September 13, he filed an improperly noticed motion to dismiss the complaint (styled as an "Opposition to Motion to Dismiss").  (Dkt. No. 18.)

Accordingly, this Court RECOMMENDS that the District Court deny defendant Yilmaz's motion for failure to comply with Federal Rule of Civil Procedure 12's requirements for responsive pleadings and dismissal motions.  Fed. R. Civ. P. 12(b) ("A motion asserting any [Rule 12(b)] defenses must be made before pleading if a responsive pleading is allowed").

////

////

////

////

United States District Court
Northern District of California

If any party wishes to file an objection to these recommendations, he may do so within fourteen days of being served with a copy of this Report. *See* 28 U.S.C. § 636(b).

**IT IS SO ORDERED**.

Dated: September 22, 2023



_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California